**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| **MICHAELA VENDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 1:18-CV-02003-SEB-DLP** |
| | ) | |
| **KAUFFMAN ENGINEERING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Acknowledged.

This action is hereby dismissed with prejudice.

Date:  3/18/2019

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## STIPULATION OF DISMISSAL

Plaintiff, Michaela Venden, and Defendant, Kauffman Engineering, Inc., by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of the Plaintiff's claims against Defendant in their entirety.  Each party shall bear its own costs.

Respectfully submitted this 13th day of March, 2019.

s/ Kimberly D. Jeselskis
Kimberly D. Jeselskis, Attorney No. 23422-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, IN 46204
Phone: (317) 464-1100
Fax: (317) 464-1111
kjeselskis@kkclegal.com


Counsel for Plaintiff

s/ Kayla M. Ernst
Tami A. Earnhart, Attorney No. 21610-49
Kayla M. Ernst, Attorney No. 34003-15
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 592-4853
Tami.Earnhart@icemiller.com
Kayla.Ernst@icemiller.com

Counsel for Defendant

I\14202368.1